EMILY THENARD (SBN 264619)
SAFEER HOPTON (SBN 271027)
SAG-AFTRA
5757 Wilshire Boulevard, 7th Floor
Los Angeles, California 90036-3600
Telephone:  (323) 549-6628
Facsimile:   (323) 549-6624
Emily.Thenard@sagaftra.org

Attorney for Petitioner
Screen Actors Guild - American Federation
of Television and Radio Artists

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a non-profit corporation, as successor-in-interest to SCREEN ACTORS GUILD, INC., on behalf of Affected Performers,<br><br>Petitioner,<br><br>v.<br><br>ED RENOUARD dba ED RENOUARD PRODUCTIONS,<br><br>Respondent. | Case No.  CV14-4400 FMO (ASx)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Re:  Motion for Order Confirming Arbitration and for Entry of Judgment in Conformity Therewith, filed contemporaneously with the filing of this Judgment, IT IS HEREBY ADJUDGED that:

    1.    The arbitration award in favor of Screen Actors Guild-American Federation of Television and Radio Artists, as successor-in-interest to Screen Actors Guild, Inc., ("SAG-AFTRA") and against ED RENOUARD dba ED RENOUARD PRODUCTIONS ("Respondent"), Union Case No. TM 4569 dated June 25, 2010, is confirmed in all respects.

    2.    Respondent is ordered to pay as follows:

1         (a)     To Screen Actors Guild-American Federation of Television and Radio Artists, on behalf of affected performers, the sum of $7,479.54;

        (b)     To Screen Actors Guild-American Federation of Television and Radio Artists for its attorney's fees incurred in this action, the sum of $2,400.00; and

        (c)     To Screen Actors Guild-American Federation of Television and Radio Artists for its costs incurred in this action, the sum of $400.00.

3.     The parties are to split the $800 arbitrator fee.

Dated: July 15, 2014.

/s/
Fernando M. Olguin
United States District Court Judge